UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASHLEY MERARD

  Plaintiff,

               CASE NO.: 6:19-cv-1864-Orl-40LRH

v.

MAGIC BURGERS, LLC
a Foreign Limited Liability Company,

  Defendant.
_____/

**JOINT STIPULATIONS OF FACT**

  COMES NOW Plaintiff, ASHLEY MERARD and Defendant, MAGIC BURGERS, LLC ("Defendant"), by and through undersigned counsel and pursuant to Local Rule 4.15 and hereby file their Stipulation of Agreed Material Facts in connection with Defendant's Motion for Partial Summary Judgment (Doc. 16). Without waving their right to dispute these facts at trial or any subsequent stage of this litigation, the parties stipulate that the following material facts are deemed admitted solely for the purposes of Defendant's Motion for Partial Summary Judgment:

  1.  Prior to employment with Defendant, Plaintiff had a closed trachea tube which was visible at the front of her neck.

  2.  Plaintiff was employed by Defendant from July 27, 2017 through August 23, 2017.

  3.  Plaintiff had a closed trachea tube throughout her employment with Defendant.

  4.  On May 3, 2018, Plaintiff filed her Charge with the EEOC, alleging that she was terminated in violation of the ADA and FCRA.

  5.  On July 3, 2019, the EEOC issued its Right to Sue letter stating that 180 days had passed since the filing of the Charge and that the EEOC is terminating its processing of the Charge.

6. After receiving her Right to Sue Letter, Plaintiff filed her Complaint on September 27, 2019.

| | |
|---|---|
| **/s/David Barszcz** <br> **DAVID BARSZCZ, ESQUIRE** <br> LYTLE & BARSZCZ, P.A. <br> 533 Versailles Drive <br> Second Floor <br> Maitland, FL 32751 <br> Phone: 407-622-6544 <br> Facsimile: 407-622-6545 <br> Email: DBarszcz@lblaw.attorney <br> Attorney for Plaintiff | **/s/ Abbye E. Alexander** <br> **ABBYE E. ALEXANDER, ESQUIRE** <br> Florida Bar No.: 662348 <br> **CHRISTOPHER J. PERINI, ESQUIRE** <br> Florida Bar No.: 0121893 <br> 301 E. Pine Street, Suite 840 <br> Orlando, Florida 32801 <br> Tel: (407) 872-6011 <br> Fax: (407) 872-6012 <br> Email: orlandopleadings@kdvlaw.com <br> Attorneys for Defendant |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF or email to: Mary E. Lytle Esq., Lytle & Barszcz, 533 Versailles Drive, 2nd Floor, Maitland, Florida 32751 at mlytle@lblaw.attorney on this 12th day of February, 2021.

*KAUFMAN, DOLOWICH & VOLUCK, LLP*

*/s/ Abbye E. Alexander*
**ABBYE E. ALEXANDER, ESQUIRE**
Florida Bar No.: 662348
**CHRISTOHER J. PERINI, ESQUIRE**
Florida Bar No.: 0121893
orlandopleadings@kdvlaw.com
301 E Pine Street, Suite 840
Orlando, Florida 32801
Tel: (407) 789-0244
Fax: (888) 502-6353
Attorneys for Defendant.