UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ASHLEY MERARD,**

        **Plaintiff,**

v.                                               Case No: 6:19-cv-1864-PGB-LRH

**MAGIC BURGERS, LLC.,**

        **Defendant.**
_____/

## **VERDICT FORM**

We, the Jury, unanimously answer the following questions as our verdict in this cause:

It is stipulated by the parties that Ashley Merard had a disability, was a qualified individual, and Magic Burgers discharged Ashley Merard from employment.

**Do you find from a preponderance of the evidence:**

1. That Magic Burgers, LLC discharged Ashley Merard because of Ashley Merard's disability?

    Yes __ X __

    No _____

2

**If your answer to this question is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes" to this question, go to the next question.**

2. Should Ashley Merard be awarded damages to compensate for a net loss of wages to the date of your verdict?

    Yes __X__

    No _____

To calculate damages for lost wages, the following pay rates should be used to calculate lost wages in each year:

2017: $8.10 per hour

2018: $8.25 per hour

2019: $8.46 per hour

2020: $8.56 per hour

2021: $8.65 per hour

If your answer is "Yes," in what amount? $ 15,519.60

**Proceed to the next question.**

3. Should Ashley Merard be awarded damages to compensate for emotional pain and mental anguish?

3

Yes __X__

No _____

If your answer is "Yes," in what amount? $ 30,000.00

**If you did not award damages in response to either Question Nos. 2 or 3, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If you awarded damages in response to Question Nos. 2 or 3 (or both), go to the next question.**

4. Should punitive damages be assessed against Magic Burgers, LLC?

Yes __X__

No _____

If your answer is "Yes," in what amount? $ 2,000,000.00
(2 Million dollars)

SO SAY WE ALL.

_Marianne ? Reuter-Britt_
Foreperson's Signature

DATE: 5-4-21