UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISON

ASHLEY MERARD,

        Plaintiff,

v.

          Case No.: 6:19-cv-01864-PGB-LRH

MAGIC BURGERS, LLC.,
a Foreign Limited Liability Company,

        Defendant.
_____/

## DEFENDANT'S NOTICE OF APPEAL

NOTICE IS GIVEN that Defendant, Magic Burgers, LLC, appeals to the United States Court of Appeals for the Eleventh Circuit the Verdict rendered May 4, 2021 (Doc. 61) pursuant to Federal Rule of Appellate Procedure Rule 3(a). The Judgment in the matter was entered on May 12, 2021 (Doc. 68), making it a final order subject to appeal.

Respectfully submitted this 11th day of June, 2021.

        *KAUFMAN, DOLOWICH & VOLUCK, LLP*

        **/s/ Christopher E. Brown**
        **ABBYE E. ALEXANDER, ESQUIRE**
        Florida Bar No.: 662348
        **CHRISTOHER E. BROWN, ESQUIRE**
        Florida Bar No.: 71568
        **JESSE D. DRAWAS, ESQUIRE**
        Florida Bar No. 68654

orlandopleadings@kdvlaw.com
301 E Pine Street, Suite 840
Orlando, Florida 32801
Tel: (407) 789-0244
Fax: (888) 502-6353
Attorneys for Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF or email to: Mary E. Lytle Esq., Lytle & Barszcz, 533 Versailles Drive, 2nd Floor, Maitland, Florida 32751 at mlytle@lblaw.attorney on this 11th day of June, 2021.

*KAUFMAN, DOLOWICH & VOLUCK, LLP*

**/s/ Christopher E. Brown**
**ABBYE E. ALEXANDER, ESQUIRE**
Florida Bar No.: 662348
**CHRISTOHER E. BROWN, ESQUIRE**
Florida Bar No.: 71568
**JESSE D. DRAWAS, ESQUIRE**
Florida Bar No. 68654
orlandopleadings@kdvlaw.com
301 E Pine Street, Suite 840
Orlando, Florida 32801
Tel: (407) 789-0244
Fax: (888) 502-6353
Attorneys for Defendant.