# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 19, 2021

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 21-12037-G
Case Style: Ashley Merard v. Magic Burgers, LLC
District Court Docket No: 6:19-cv-01864-PGB-LRH

The enclosed copy of the **Corrected** Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lee Aaron, G
Phone #: 404-335-6172

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**CORRECTED**

_____

No. 21-12037-G

_____

ASHLEY MERARD,

            Plaintiff - Appellee,

versus

MAGIC BURGERS, LLC,

            Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Magic Burgers, LLC failed to file a Transcript Order Form within the time fixed by the rules, effective July 15, 2021.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Lee Aaron, G, Deputy Clerk

            FOR THE COURT - BY DIRECTION