# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ASHLEY MERARD,**

       **Plaintiff,**

v.                                             **Case No: 6:19-cv-1864-PGB-LRH**

**MAGIC BURGERS, LLC.,**

       **Defendant.**

                                      /

## **ORDER**

       This cause is before the Court on Plaintiff Ashley Merard's Opposed Motion Requesting Entitlement to Attorney Fees and Costs (Doc. 74 (the "**Motion**")), filed on June 9, 2021. The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

       After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

       Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed on November 19, 2021 (Doc. 91) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Opposed Motion Requesting Entitlement to Attorney Fees and Costs (Doc. 74) is **GRANTED**.

3. The Court **FINDS** that Plaintiff is entitled to attorneys' fees and non-taxable expenses in connection with her ADA claim (Count II) and to attorneys' fees in connection with her FCRA claim (Count V).

4. The Court **PERMITS** Plaintiff to file a supplemental motion on amount pursuant to the requirements of Local Rule 7.01(c).

**DONE AND ORDERED** in Orlando, Florida on December 6, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2