UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASHLEY MERARD,

        Plaintiff,

Case No: 6:19-cv-1864-PGB-LRH

v.

MAGIC BURGERS, LLC,

        Defendant.

_____/

### PLAINTIFF'S AMENDED[1] UNOPPOSED MOTION FOR ORDER DIRECTING CLERK TO ISSUE FINAL JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT

COMES NOW, Plaintiff, ASHLEY MERARD, by and through her undersigned attorneys, and files this Motion for Order Directing Clerk to Issue Final Judgment, and as grounds therefore would state as follows:

1. On May 4, 2021, after presentation of the case at bar to the jury, the jury returned a verdict in favor of Plaintiff. (DE# 61).

2. On May 12, 2021, this Court entered a Judgment against Defendant, MAGIC BURGER, LLC., in the amount of $345,519.60 with interest and costs. (DE# 68).

3. On January 20, 2022, Plaintiff filed a Supplemental Motion on Amount of Attorneys' Fees and Non-Taxable Expenses ("Motion"). (DE# 94).

4. On July 21, 2022, this Court entered an Order granting in part Plaintiff's Motion and awarded attorneys' fees in the amount of $133,412.50 and non-taxable expenses in the amount of $2,107.83. (DE# 97).

---

[1] Amended as to scrivener's error only as to the total amount owed. The correct total amount owed is $482,776.36.

5. On January 18, 2023, this Court entered a Bill of Costs totaling $1,736.43 of taxable costs to be included in the judgment. (DE# 102).

6. Accordingly, Defendant owes Plaintiff a total of $482,776.36 plus interest. To date, Defendant has not made any payments to Plaintiff towards this amount. (DE#s: 68, 97, 102).

## MEMORANDUM OF LAW

### I. Plaintiff is entitled to a Final Judgment for $482,776.36 to recover the total amount of damages, attorneys' fees and costs awarded.

Plaintiff prevailed in this suit and the court has made three separate monetary awards to Plaintiff: (1) the May 12, 2021, Judgment against Defendant for $345,519.60 with interest and costs (DE# 68); (2) the July 21, 2022, Order granting $133,412.50 for attorneys' fees and $2,107.83 for non-taxable expenses (DE# 97); and (3) the January 18, 2023, Bill of Costs awarding $1,736.43 for taxable costs (DE# 102). Plaintiff therefore requests that this Court enter an Order Directing the Clerk of Court to issue a final judgment that includes the jury verdict damages, attorneys' fees, and taxable and non-taxable costs in the total amount of $482,776.36.

Pursuant to Federal Rule of Civil Procedure 58(b)(1), "the clerk must, without awaiting the court's direction, promptly prepare, sign, and enter the judgment when…the jury returns a general verdict [or] the court awards only costs or a sum certain…" If the jury returns a special verdict or a general verdict with answers to questions, then "the court must promptly approve the form of the judgment, which the clerk must promptly enter." Fed. R. Civ. P. 58(b)(2). Plaintiff is entitled to a final judgment for the $345,519.60 of damages awarded in the jury verdict.

Additionally, Plaintiff's taxable costs included in her Bill of Costs should be included in a final judgment. Plaintiff is entitled to a final judgment for her costs as the Federal Rule of Civil Procedure 54(d)(1) states that "[u]nless a federal statute, these rules, or a court order

provide otherwise, costs—other than attorney's fees—should be allowed to the prevailing party." "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree." 28 U.S.C. § 1920. Plaintiff is entitled to a final judgment for the $1,736.43 of taxable costs awarded by the Court.

Moreover, Plaintiff attorneys' fees and non-taxable expenses should be included in a final judgment. "A claim for attorney's fees and related nontaxable expenses must be made by motion." Fed. R. Civ. P. 54(d)(2). Plaintiff brought the Motion seeking attorneys' fees and non-taxable expenses, which was granted in part by the Court in the July 21, 2022 Order. Therefore, Plaintiff is entitled to a final judgment for $133,412.50 for attorneys' fees and $2,107.83 for non-taxable expenses.

Plaintiff now seeks to execute and collect on the total $482,776.86 in damages, fees, and costs that have been awarded to her. Plaintiff cannot begin collection efforts on the full amount until the total $482,776.36 is included in a final judgment, which is not currently the case as a judgment has not been entered for each of these awards. *See Bostick v. State Farm Mut. Auto. Ins. Co.*, Case No. 8:16-cv-1400-T-33AAS, 2018 U.S. Dist. LEXIS 302990, at *7 (M.D. Fla. Dec. 3, 2018) (holding that an order awarding attorney's fees or taxable costs is not a judgment and therefore, execution efforts are unavailable). Plaintiff therefore requests that this Court enter and order directing the clerk to issue a final judgment for $482,776.36 so that Plaintiff can enforce the entirety of the damages, fees, and costs that have been awarded to her.

WHEREFORE, the Plaintiff, ASHLEY MERARD, respectfully requests that this Honorable Court enter an Order directing the Clerk of Court to issue a Final Judgment for the total amount of $482,776.36 with interest and for all such other and further relief as this Court deems just and proper.

## 301(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned conferred with counsel for Defendant. Defendant is unopposed to this Motion.

Date: June 28, 2023

/s/ *Cesery L. Bullard*

_____

Cesery L. Bullard, Esquire
BULLARD LAW
219 East Marks Street
Orlando, Florida 32803
Florida Bar No. 793361
cbullard@bullard-law.com
Telephone: (407) 648-9530
Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2023, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a copy to: Abbye E. Alexander, Esq., aalexander@kdvlaw.com, Christopher E. Brown, Esq. cbrown@kdvlaw.com, KAUFMAN DOLOWICH VOLUCK, LLP, 301 E. Pine Street., Suite 850, Orlando, Florida 32801; Fax: (888) 502-6353; and, Jesse Daniel Drawas, Esq., jdrawas@kdvlaw.com, KAUFMAN DOLOWICH VOLUCK, LLP, 100 SE Third Avenue, Suite 1500, Fort Lauderdale, FL 33394, Fax: (888) 464-7982.

/s/ *Cesery L. Bullard*

_____

Cesery L. Bullard, Esquire
BULLARD LAW
219 East Marks Street
Orlando, Florida 32803
Florida Bar No. 793361
cbullard@bullard-law.com
Telephone: (407) 648-9530
Co-Counsel for Plaintiff